IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| LEE F. GARVIN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:07CV1862 |
| UNITED STATES, | ) ) ) |
| Defendant. | ) ) |

**REPLY BRIEF IN SUPPORT OF UNITED STATES'
MOTION TO DISMISS AND IN OPPOSITION TO PLAINTIFF'S MOTION
SEEKING LEAVE TO AMEND**

This case concerns Lee F. Garvin's various tax defier claims. Defendant moved to dismiss the complaint on the grounds that sovereign immunity had not been waived for the bulk of plaintiff's claims, and for plaintiff's failure to fulfil the pleading requirements of Fed. R. Civ. P. 8(a). Plaintiff's response acknowledged that sovereign immunity had not been waived and requested leave to amend his complaint to assert <u>Bivens</u> claims. The motion to dismiss should be granted in full. Plaintiff's motion for leave to amend should be denied because amendment is futile.

**I.   Plaintiff concedes that sovereign immunity has not been waived and does not challenge his failure to meet the pleading requirements of Fed. R. Civ. P. 8(a)**

Defendant moved to dismiss counts 1 through 26, 33 and 36 of plaintiff's complaint because they did not involve federal tax collection activities and, as such, 26 U.S.C. § 7433 did not provide for a waiver of sovereign immunity for the conduct that

plaintiff challenged.  (Def.'s Mot. to Dismiss 2.)  Plaintiff agrees with this assertion.  (Pl.'s Resp. ¶¶ 5-6.)  Additionally, plaintiff's response failed to challenge the United States' assertion that his claims should be dismissed for failure to meet the pleading requirements of Fed. R. Civ. P. 8(a).

Plaintiff has asserted no grounds to challenge the United States' motion to dismiss the complaint.  The motion to dismiss should, therefore, be granted in full.

### II. Garvin's request for leave to amend his complaint should be denied because amendment is futile

Fed. R. Civ. P. 15 (a)(2) provides that a party may amend a pleading "only with the opposing party's written consent or the court's leave."  The United States opposes plaintiff's motion because amendment would be futile.

"Leave to amend a complaint should be freely given in the absence of undue delay, bad faith, undue prejudice to the opposing party, repeated failure to cure deficiencies, or futility."  Richardson v. United States, 193 F.3d 545, 548-49 (D.C. Cir. 1999)(citing Foman v. Davis, 371 U.S. 178 (1962)).  Denial of leave to amend based solely upon futility is appropriate.  See ,e.g., Alexander v. Washington Gas Light Co., No. 06-7040, 2006 WL 3798858 at * 1 (D.C. Cir. Aug. 24, 2006).

Here, Garvin seeks to leave to amend his complaint to assert Bivens claims.[1]  (See Pl.'s Resp. ¶¶ 6, 8.)  However, Bivens claims may only be brought against a federal agent or employee and not against the United States or government agency itself.  See

---

[1] Plaintiff has failed to comply with LCvR 7(i) and 15.1 which requires an original of the amended pleading to be filed with the motion seeking leave to amend.

FDIC v. Meyer, 510 U.S. 471, 484-86 (1994). Because Garvin's complaint names only the United States as a defendant, any amendment to permit the addition of Bivens claims would be futile because Bivens claims cannot be brought against the United States or its agencies. See FDIC v. Meyer, 510 U.S. 484-86. Thus, Garvin's proposed amendment is futile.

## Conclusion

Plaintiff has acknowledged that sovereign immunity has not been waived for the bulk of his claims. Instead, he seeks leave to amend his complaint to add additional Bivens claims. Such amendment would be futile because Bivens claims cannot be brought against the United States. As such, plaintiff's motion seeking leave to amend should be denied and the United States' motion to dismiss should be granted in full.

Dated: May 27, 2008

Respectfully submitted,

\_\_\_\_/s/ Benjamin J. Weir_____
BENJAMIN J. WEIR (D.C. Bar No. 494045)
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-0855
Fax: (202) 514-6866
benjamin.j.weir@usdoj.gov
*Counsel for the United States*

OF COUNSEL:
JEFFREY A. TAYLOR
United States Attorney

CERTIFICATE OF SERVICE

I, Benjamin J. Weir, certify that on May 27, 2008 a copy of the foregoingwas served upon the following via postage prepaid U.S. Mail:

>Lee Garvin
>15013 NE 36th St.
>Choctaw, OK 72020.

>/s/ Benjamin J. Weir
>BENJAMIN J. WEIR