RECEIVED
JUN 2 7 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States District Court
## IN THE DISTRICT OF COLUMBIA

Lee F. Garvin,

            Plaintiffs,

v.

Case No: 1:07-cv-01862-RBW

UNITED STATES (Government),

            Defendant.

**RESPONSE TO BRIEF IN SUPPORT OF MOTION TO DISMISS
AND
OPPOSITION TO REQUEST FOR LEAVE TO AMEND COMPLAINT**

**I
INTRODUCTION**

1. Defendant asserts:

    Plaintiff has asserted no grounds to challenge the United States' motion to dismiss the complaint. The motion to dismiss should, therefore, be granted in full...

    and

    The United States opposes plaintiff's motion because amendment would be futile.(Response to Brief in Support of Motion to Dismiss, p. 2 ).

2. In response to Plaintiff's Response to Motion to Dismiss, defendant completely ignores the bases presented in the Response, e.g., opportunity to develop facts, *Ignatiev v. United States*, 238 F.3d 464, 467 (D.C. Cir. 2001), cited in *Shane v United States*, 1:07-cv-00577-RBW (January, 2008), as well as the latitude afforded *pro se* litigants. *Haines v. Kerner*, 404 U.S. 519, 92 S. Ct. 594, 30 L. Ed. 2d 652. Plaintiff, a *pro se* litigant, should be afforded the opportunity - similar to the *Ignatiev*

"opportunity for discovery of facts" - to amend his Complaint to include a Statement of Facts in response to the factual challenge.

3. Defendant then cites Fed. R. Civ. P. 15(a)(2), completely bypassing Fed. R. Civ. P. 15(a)(1), as cited by Plaintiff in his Request for Leave to Amend, asserting that amendment would be futile. Plaintiff is aware that Bivens claims are brought against federal agents or employees. Defendant, however, presumes that the Statement of Facts to be included with Plaintiff's Amended Complaint would fail to include same; *Bivens*, after all, sued for the actions of "unknown agents".

II.

## AMENDMENT TO CURE ANY PURPORTED JURISDICTIONAL OR FACTUAL DEFICIENCIES WILL REQUIRE LATITUDE IN RESPECT OF TIME

4. As stated in his original Response, Plaintiff can and will provide the STATEMENT OF FACTS to support his Complaint, and its Amendment, but Plaintiff *pro se*, having now been distracted by the necessity of responding to defendant's less than well taken Response/Opposition, will need additional time, and requests an additional 30 days from the date the Court rules upon the Motion to Dismiss and Response/Motion to Amend and Response/Opposition and this Response.

4. Plaintiff *pro se* reasserts that defendant will not, and cannot, be prejudiced by the Court's grant of this motion, in that defendant will only, at most, be required to answer the Complaint so amended (at which time defendant may raise any affirmative defenses).

WHEREFORE, Plaintiff request(s) the Court grant leave, and time, for Plaintiff pro se to prepare and file the Amended Complaint, lodged herewith.

Dated: _June 23_, 2008

_____
Lee F. Garvin

## CERTIFICATE OF SERVICE

I certify that I have served a copy of the forgoing on defendant's attorney at his address of record.

Dated _____June 23_____, 2008

_____
Lee F. Garvin